IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IRAKLI DOKVADZE

     Petitioner,

v.

CRAIG LOWE, in his Official Capacity
as Warden of the Pike County
Correctional Facility *et al.*,

     Respondents.

3:26-cv-361
(JUDGE MARIANI)

FILED
SCRANTON
MAR 0 3 2026
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 3rd DAY OF MARCH 2026**, upon consideration of Petitioner Irakli Dokvadze's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. 1), Respondents' response, (Doc. 3), Petitioner's reply, (Doc. 4), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition, (Doc. 1), is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Dokvadze from the custody of Respondent Craig Lowe, Warden of the Pike County Correctional Facility, who has immediate physical custody of Petitioner.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Thursday March 5, 2026 at 5:00 P.M.** confirming that Petitioner Dokvadze has been released from custody.
4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226, the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. Petitioner may file a petition for fees and costs under the Equal Access to Justice Act and brief in support.

7. Respondents may file a response to Petitioner's requests for fees and costs under the Equal Access to Justice Act, **no later than two (2) weeks after receiving Petitioner's brief and fee petition.**

8. Petitioner may file a reply, **no later than two (2) weeks after receipt of Respondents' response.**

9. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge